UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN AKOL AKOL KUAN,

               Plaintiff(s),

    v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, et al.,

               Defendant(s).

CASE NO. C25-2581-KKE

ORDER GRANTING DEFENDANTS'
MOTION FOR EXTENSION OF TIME TO
FILE ANSWER

This matter is before the Court on Defendants' Motion for Extension of Time to File an Answer. Dkt. No. 6. Defendant United States Citizenship and Immigration Services ("USCIS") maintains that it sent Plaintiff a Request for Evidence ("RFE") and received Plaintiff's response on January 30, 2026. *Id.* at 1–2. Defendants purport that USCIS is actively reviewing Plaintiff's RFE response and taking steps to process Plaintiff's application but will not be able to complete adjudication before the Defendants' response is due. *Id.* at 2; Dkt. No. 8 at 1. Plaintiff counters that the extension "compounds the irreparable prejudice [he] is suffering," and requests that the Court deny Defendants' motion, or, in the alternative, extend the deadline to March 25, 2026. Dkt. No. 7 at 1. In their reply, Defendants indicate that they will be able to file a responsive pleading by Plaintiff's proposed deadline. Dkt. No. 8 at 1–2.

Finding good cause, the Court GRANTS IN PART Defendants' motion for an extension of time. Dkt. No. 6. Defendants shall file their Answer on or before March 25, 2026.

ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE ANSWER - 1

Dated this 23rd day of February, 2026.

_____
Kymberly K. Evanson
United States District Judge

ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE ANSWER - 2